IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-00124-FDW

| | |
|---|---|
| ANTAUN K. SPENCER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNETH BEAVER; DENNIS )<br>MARSHALL, Unit Manager; )<br>FNU LAMBERT, Sergeant; )<br>FNU HORNE, Sergeant; )<br>FNU RIZZO, Sergeant; FNU )<br>ENGLISH, Sergeant, )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on its own motion.

After conducting a review of pending cases on the docket, it was noted that Plaintiff, who was a prisoner of the State of North Carolina at the time he filed a *pro se* complaint in this District pursuant to 42 U.S.C. § 1983, had been released from custody; however, he had not provided his new mailing address to the Clerk following his release. On March 9, 2015, the Court entered an Order requiring Plaintiff to provide the Clerk's Office with a current mailing address so that his case might proceed and Plaintiff was warned that failure to submit the required information would result in dismissal of his complaint without further notice. Because Plaintiff failed to comply with this Order or seek an extension of time in which to comply, the Court will dismiss this action without prejudice for the reasons stated herein and in the Court's March 9, 2015, Order. (3:14-cv-00124, Doc. No. 8).

**IT IS, THEREFORE, ORDERED** that Plaintiff's § 1983 complain is **DISMISSED**

1

**without prejudice**. (Doc. No. 1).

The Clerk is respectfully directed to close this civil case and mail a copy of this Order and the Judgment to Plaintiff's last known address.

**IT IS SO ORDERED.**

Signed: May 29, 2015

Frank D. Whitney
Chief United States District Judge